UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERTO RIVERA-OROZCO (1),<br><br>Defendant. | Case No.: 22-cr-01552-TWR<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
|---|---|

The parties jointly move to continue the motion hearing / trial setting set for August 19, 2022, at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(8).

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. Accordingly, the Court finds that there are facts that support a continuance of the trial date or hearing date in this matter, and good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The Court further finds that time should be deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(8).

IT IS ORDERED that the joint motion is granted. The motion hearing / trial setting shall be continued to October 21, 2022, at 1:30 p.m.

IT IS FURTHER ORDERED that the time between the filing of the joint motion until October 21, 2022, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(D), resulting from pretrial motions already filed.

DATED: 8/12/2022

_____
The Honorable Todd W. Robinson
United States District Judge